# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:22–cr–00618
                                                 Honorable Andrea R. Wood

Mustafaa Saleh

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2022:

        MINUTE entry before the Honorable Andrea R. Wood as to Mustafaa Saleh: At the emailed request of the parties, the arraignment set for 12/2/2022 is stricken. An arraignment and change of plea hearing is set for 12/20/2022 at 2:00 PM in courtroom 1925. The parties shall provide the Court with a copy of the plea document 24 hours in advance of the hearing. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.